# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

RUSSELL BERNER AND DONNA BERNER, KENDALL DOBBINS, ROBERT D. CLARK AND ROBERT W. WEBBER

        v.

MONTOUR TOWNSHIP ZONING HEARING BOARD AND SCOTT SPONENBERG

PETITION OF: SCOTT SPONENBERG

: No. 84 MAL 2018
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 1ˢᵗ day of August, 2018, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to Petitioner's first issue is stated as follows:

(1)     Whether the Commonwealth Court erred by holding that the Nutrient Management Act ("NMA"), 3 P.S., §519, only preempts local ordinances as applied to farms that have an approved nutrient management plan and that small farms that are not required to submit nutrient management plans can be subjected to more stringent regulation than larger more intensive agricultural operations that are required to obtain approval of a nutrient management plan under the Nutrient Management Act.

    Allocatur is **DENIED** as to all remaining issues.

    The ancillary applications for Leave to File *Amicus Briefs* filed by the Commonwealth of Pennsylvania, Office of Attorney General, the Pennsylvania Farm Bureau and the PennAg Industries Association are **DENIED.**